# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Main:  305-949-7777
Fax:    305-704-3877

Robert J. Mirel, Esq.
Member NY& NJ Bars, AR Federal Bar
Email: rjm@weitzfirm.com

January 18, 2022

**VIA CM/ECF**
Honorable Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square – Courtroom 1106
New York, New York 10007

        Re:    Norris v. Dumpling Hut Inc., d/b/a Vanessa's Dumpling House, et al.
               Case 1:21-cv-07447-VEC

Dear Judge Caproni:

      The undersigned, counsel for the Plaintiff, is pleased to report that the referenced civil action has been settled and that a settlement agreement is in the process of being drafted and reviewed by the parties and their counsel.  Upon payment of the settlement amount, which will be due after full execution of the settlement agreement, the action will be dismissed by Stipulation of Dismissal with Prejudice to be executed and filed with respect to all Defendants. Kindly issue an Order of Dismissal with Prejudice, including the right of either party to restore this case within 30 days of such Order in the event the settlement agreement is not completed and executed within that time period.

      Kindly cancel all upcoming events in this matter.

      Thank you for your cooperation.

                              Yours very truly,

                              THE WEITZ LAW FIRM, P.A.

                        By:  *Robert J. Mirel*
                              Robert J. Mirel, Esq.

cc:  Counsel of Record, via ECF